IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 4:11CR3131 |
| v. | ) | MEMORANDUM AND ORDER |
| TERRELL SMITH, | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The defendant shall be released from Marshal custody to the custody of Douglas County for confinement by Douglas County on unrelated state charges. The time defendant spends in the custody of Douglas County on the state charges shall not be considered as confinement credited toward any sentence the defendant may receive on the federal charges pending in this case.

2) The Marshal shall place a detainer on the defendant to assure that upon defendant's release from the custody of Douglas County, the defendant is immediately placed in the Marshal's custody.

DATED this 22nd day of December, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge